**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   FERNANDO ALBERTO TURCIOS                §                Case No.: 08-26325

                    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/01/2008.

2) The case was confirmed on         .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/04/2009.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 9

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    5,200.00

10) Amount of unsecured claims discharged without payment $    .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

```
================================================================================
 Receipts:
        Total paid by or on behalf of the debtor        $        302.00
        Less amount refunded to debtor                  $        302.00
 NET RECEIPTS                                           $            .00
================================================================================


================================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan           $            .00
        Court Costs                                     $            .00
        Trustee  Expenses and Compensation              $            .00
        Other                                           $            .00

 TOTAL EXPENSES OF ADMINISTRATION                       $            .00

 Attorney fees paid and disclosed by debtor             $            .00
================================================================================


================================================================================
 Scheduled Creditors:

 Creditor                    Claim           Claim           Claim       Principal       Int.
   Name            Class     Scheduled       Asserted        Allowed     Paid            Paid

 AMERICAN EXPRESS  UNSECURED   3,113.00         NA              NA           .00           .00
 AMERICAN EXPRESS  UNSECURED     536.00         NA              NA           .00           .00
 ASPIRE            UNSECURED   1,199.00         NA              NA           .00           .00
 ASSET ACCEPTANCE LLC UNSECURED 12,765.00   13,146.63       13,146.63        .00           .00
 ASSET ACCEPTANCE LLC UNSECURED  3,607.00    3,725.83        3,725.83        .00           .00
 BALLY TOTAL FITNESS  UNSECURED  1,026.00         NA              NA         .00           .00
 ECAST SETTLEMENT COR UNSECURED    922.00      948.09          948.09        .00           .00
 CERTEGY CHECK SERVIC UNSECURED     19.00         NA              NA         .00           .00
 CITI              UNSECURED   2,259.00         NA              NA           .00           .00
 DELL FINANCIAL SERVI UNSECURED  1,831.00    1,831.90        1,831.90        .00           .00
 CONSUMER PORTFOLIO S UNSECURED       NA         NA              NA          .00           .00
 DSNB              UNSECURED   1,235.00         NA              NA           .00           .00
 FDS BANK/BLOOMINGDAL UNSECURED  1,405.00    1,235.09        1,235.09        .00           .00
 PREMIER BANKCARD  UNSECURED     415.00      415.24          415.24          .00           .00
 BELLSOUTH CORP    UNSECURED     751.00         NA              NA           .00           .00
 JEFFERSON CAPITAL SY UNSECURED    623.00      623.10          623.10        .00           .00
 LOAN SHOP ONLINE  UNSECURED     880.00         NA              NA           .00           .00
 LVNV FUNDING      UNSECURED   1,528.00    1,563.97        1,563.97         .00           .00
 LVNV FUNDING      UNSECURED     810.00      826.21          826.21          .00           .00
 DEPT STORES NATL BK/ UNSECURED  2,356.00    1,404.90        1,404.90        .00           .00
 MIDLAND           UNSECURED   1,397.00    1,569.59        1,569.59         .00           .00
 ROUNDUP FUNDING LLC UNSECURED  1,850.00    1,884.39        1,884.39         .00           .00
 ASPIRE VISA       UNSECURED   1,411.00         NA              NA           .00           .00
================================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PLAINS COMMERCE BANK | UNSECURED | 332.00 | NA | NA | .00 | .00 |
| FFPM CARMEL HOLDINGS | UNSECURED | 677.00 | NA | NA | .00 | .00 |
| SALLIE MAE EDUCATION | UNSECURED | 8,618.00 | 7,206.95 | .00 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 464.00 | 772.04 | 772.04 | .00 | .00 |
| TOTAL CARD | UNSECURED | 378.00 | NA | NA | .00 | .00 |
| UNITED STUDENT AID F | UNSECURED | 907.00 | .00 | .00 | .00 | .00 |
| JP MORGAN CHASE | UNSECURED | 757.00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 167.00 | 167.64 | 167.64 | .00 | .00 |
| WILLIAMSBURG LTD PAR | OTHER | NA | NA | NA | .00 | .00 |
| FDS BANK/BLOOMINGDAL | UNSECURED | NA | 2,356.13 | 2,356.13 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | NA | 1,190.37 | 190.37 | .00 | .00 |
| CONSUMER PORTFOLIO S | SECURED | NA | 22,182.61 | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 400.00 | 400.00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NA | 1,434.82 | 1,434.82 | .00 | .00 |
| HILICI GUZMAN & WILL | SECURED | 24,000.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 34,495.94 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   06/23/2009                              /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**  : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**